KEVIN MICHAEL LONG   1504867
Name and Prisoner/Booking Number

PUBLIC SAFETY CENTER
Place of Confinement

200 E. HACKETT ROAD
Mailing Address

MODESTO, CA   95358
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED

JUL 27 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Kevin Michael Long
(Full Name of Plaintiff)          Plaintiff,

v.

(1) UNITED STATES
(Full Name of Defendant)

(2) CALIFORNIA

(3) Stanislaus County

(4) Modesto
                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:23CV001117-BAM(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Modesto

RECEIVED

JUL 27 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY   DF   DEPUTY CLERK

Revised 3/15/2016

1

Defendants

(5) ISRAEL - JERUSALEM ASIA CAANAN LAND PROMISED LAND

(6) World Church of God

(7) CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS

(8) ROMAN CATHOLIC CHURCH

(9) PHILIDELPHIA CHURCH OF GOD

(10) Eagle Mountain International Church

(11) Secretary of State Alex Padilla

(12) ALL NATIONS OF WORLD...

(13) ALL PEOPLE OF WORLD

(14) ALL CHRISTIANS CHURCHES

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
_____ at _____.
(Position and Title)                                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____ at _____.
(Position and Title)                                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
(Position and Title)                                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
(Position and Title)                                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2. If yes, how many lawsuits have you filed? FEW. Describe the previous lawsuits:
   NOT CLEAR ON INFO. AT THIS TIME
   a. First prior lawsuit:     PLEASE REVIEW RECORDS.
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Amendment V. US CONST. Amendment XIV. DUE PROCESS, AMEAN. IX, X ETC. AS COURT SEES FIT RELEVANT._

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: _GROSS NEGLIGENCE ENTRAPMEN BY ESTOPPEL_
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _I WAS INFORMED I HAD RELIGIOUS FREEDOM BY GOVERNMENTS USA ETC. THEY FAILED TO EXPLAIN THAT TO ME THOUROGHLY. THAT I MAY ACT ACCORDINGLY. AS A RESULT I HAVE BEEN ARRESTED, FOR THINKING I WAS KING OF ISRAEL, MICHAEL MESSIAH, HAVING RIGHT TO RULE UNDER THS RELIGIOUS FREEDOM CLAUSE. AND DO AS I WISH, I ONLY WISH TO "OBEY LAWS OF GOVERNMENT, LIVE HONESTLY, AND LIVE PEACEFULLY" I WOULD NOT HAVE ACTED IN MY CASES HAD THE GOVERNMENTS RESPONSIBLE FOR MY PROTECTION AS A NATURAL BORN CITIZEN. EDUCATED ME IT WAS THEIR RESPONSIBILITY TO EDUCATE ME ON MY RIGHTS. ESPECIALY IF TERMED ONE WITH MENTAL ILLNESS. IF IN FACT I DO NOT, DID NOT HAVE RIGHT TO HARBOR AND EXPRESS BELIEFS OF MY CHRISTIANITY SUBJECT OF RELIGIOUS BELIEFS. AND Act ON THOSE BELIEFS FREELY. THEY HAVE GROSSLY NEGLECTED MY RIGHTS LIFE LIBERTY PROPERTY EDUCATION TO FUNCTION AS A CRIME FREE MEMBER OF SOCIETY, I AM A GOOD PERSON DEFAMED ETC. AND LOVING CITIZEN OF USA CALIFORNIA._   Kevin Long 5/30/23'

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). _I HAVE BEEN INCARCERATED FOR 11 YEARS WITHOUT TRIAL, FORCED ANTIPSYCHITICS, ABUSED, THREATENED, DEFAMED, BROADCASTED IN MEDIA AND TERRORIZED, LOSS 167 MILLION + WAGES INTEREST ETCTERA ENTRAPMENT ..._

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I DO NOT BELIEVE RELEVANT ISSUE. I'M IN EMERGENCY SITUATION PERSECUTED OPPRESSED CRUEL AND UNUSUAL PUNISHMENT. I NEED HELP!_

TENTH AMENDMENT

I AM A JEW PHYSICALLY MY
ANCESTRY AND NORTHERN
ISRAELITE BOTH MY ANCESTRY.
I AM A DESENDANT OF
JESUS CHRIST AND HEIR
OF THE THRONE OF DAVID.
I HAVE INTERNATIONAL LEGISLA
TIVE POWER FROM JERUSALEM.
THIS IS MY WORLD AND
PEOPLES ACCORDING TO HOLY
SCRIPTURES RECORD. OF GOD
ALMIGHTY.

CLAIM 3
RELIGIOUS FREEDOM

AMEND. 1

I AM LEGAL OWNER OF
ALL TITHES WITH ISRAELS
PEOPLE OF ALL CHURCHS
IN WORLD OF CHRISTIANTY
ACCORDING TO SCRIPTURE
RECORD.

CLAIM 4

Section 1 Clause 4
Qualification, office
of PRESIDENT
US CONSTITUTION
MY LAW
SUPREME OF WORLD
ACCORDING TO IT...

I WAS A WRITE IN
CANIDATE FOR 2023 2024
ELECTION OF US PRESIDENCY
ALEX PADILLAS OFFICE HAS
NOT PUT ME ON BALLOT,
AND SENT ME MARCH 3 2020
presidential Primary Election
forms, And has violated my
constititional right to
run/cAmpaign for Presidency.

claim 5
DECLARATION OF
INDEPENDENCE
RIGHT OF SUCCESSION
AMEND IX
I have succeed U.S.A.
AND Formed OWN NATION
WITH MY FELLOW MEN HUMANS
OUR RIGHT, IT NEEDS RECOGNITION
"ARYAN ANGELS EMPIRE" NEW WORLD ORDER

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Redress / Damages as this Court sees fit, I need your help, God Bless America World, Crime free Community, pray for us all, Corrbtion in the Political System, lawyer Representation, Jury Trial, at least $1,000,000.00 Monetary Damages, not less please, Thank you.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/24/23
_____
/DATE

*Kevin Long*
_____
SIGNATURE OF PLAINTIFF

Kevin Long
_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

## Request for Relief

All of Israel Jerusalem my property according to Holy Scriptures, turned over to my possession. All NATIONS WORLD IN MY POSSESSION ACCORDING TO HOLY SCRIPTURES. ALL TITHES AND OFFERINGS FROM CHURCHES SURRENDERED TO ME AND MY PEOPLE. THE ESTABLISHMENT OF ARYAN ANGELS EMPIRE RECOGNIZED AS A OFFICIAL NATION/KINGDOM OF GOD ON EARTH ALL OVER IT ACCORDING TO HOLY SCRIPTURES. AND MY SOVEREIGNTY ON THRONE OF DAVID RULING OVER MY EMPIRE AKA WORLD ALL THE EARTH RECOGNIZED AND MADE OFFICIAL...