# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL LONG,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01117-ADA-BAM (PC)<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL<br><br>(ECF No. 8) |

Plaintiff Kevin Michael Long ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to appoint counsel, filed August 23, 2023. (ECF No. 8.) Plaintiff states only that he requests appointment of counsel for defense in this case. (*Id.*)

Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *rev'd in part on other grounds*, 154 F.3d 952, 954 n.1 (9th Cir. 1998), and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). *Mallard v. U.S. Dist. Court for the S. Dist. of Iowa*, 490 U.S. 296, 298 (1989). However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). *Rand*, 113 F.3d at 1525.

///

1

Furthermore, the filing fee has not been paid and Plaintiff is also not proceeding *in forma pauperis* in this action. The Court is not aware of any authority that would allow the appointment of counsel for a litigant in a civil action who is not proceeding *in forma pauperis*. To the extent Plaintiff is requesting appointment of counsel for the purposes of his "defense," Plaintiff is reminded that he is the plaintiff, not the defendant, in this civil action.

Accordingly, Plaintiff's motion to appoint counsel, (ECF No. 8), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **August 23, 2023**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2