UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL LONG,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | No. 1:23-cv-01117-ADA-BAM (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 7) |

    Plaintiff Kevin Michael Long is a county jail inmate proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 17, 2023, the Court adopted findings and recommendations ordering Plaintiff to pay the $402.00 filing fee within twenty-one days to proceed in this action. (ECF No. 7.) In that order, the Court advised Plaintiff that his failure to pay the filing fee within the specified time would result in dismissal of this action without further notice. (*Id.* at 2.) To date, Plaintiff has not paid the filing fee, and the deadline to do so has expired. Because Plaintiff has failed to obey the Court's order and pay the filing fee, this case cannot proceed, and the matter will be dismissed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

///

///

///

1

Accordingly,

1. This matter is dismissed, without prejudice, for failure to pay the filing fee and failure to comply with a court order; and

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 25, 2023

_____
UNITED STATES DISTRICT JUDGE